**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

MAIKEL RODRIGUEZ-DIAZ,

Petitioner,

v. No. 1:26-cv-00908-MLG-DLM

MARKWAYNE MULLIN, in his official capacity as Secretary of the U.S. Department of Homeland Security, et al.,

Respondents.

**ORDER GRANTING PETITIONER'S MOTION FOR**
**VOLUNATRY DISMISSAL WITHOUT PREJUDICE**

This matter is before the Court on Petitioner Maikel Rodriguez-Diaz's Motion for Voluntary Dismissal Without Prejudice ("Motion to Dismiss"). Doc. 11 (filed September 21, 2026). The Court, having read the Motion to Dismiss, noting that Respondents do not oppose the requested relief and being otherwise sufficiently advised, finds the motion is well taken and is hereby granted. Rodriguez-Diaz's Petition, Doc. 1, is hereby dismissed without prejudice. Final dismissal will be entered separately pursuant to Federal Rule of Civil Procedure 58(a).

It is so ordered.

UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA